IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-MC-00027

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE TAIPEI DISTRICT COURT IN TAIPEI, TAIWAN IN *JOHN CHEYU WU V. YING TUNG CHEN*, FAMILY PROPERTY LITIGATION NO. 13 REF. NO. 111 | ) ) ) ) ) ) |

## APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

NOW COMES Russ Ferguson, United States Attorney for the Western District of North Carolina, by and through the undersigned Assistant United States Attorney, Janice Powers, and petitions this Court for an Order pursuant to 28 U.S.C. §1782(a), appointing Janice Powers, Assistant United States Attorney, Commissioner for the purposes of obtaining documents from Wells Fargo Bank. Certain information has been requested by the Taipei District Court in Taipei, Taiwan, pursuant to a Letter of Request issued in connection with a civil matter pending in Taiwan captioned *John Cheyu Wu v. Ying Tung Chen,* Foreign Reference Number 111 D.J. Reference Number: 189-279-26-1. The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

This the 12th day of March, 2026.

                                            RUSS FERGUSON
                                            UNITED STATES ATTORNEY

                                            **s/Janice Powers**
                                            JANICE POWERS
                                            Assistant United States Attorney
                                            North Carolina Bar No. 60504
                                            227 W. Trade Street – Suite 1650
                                            Charlotte, NC 28202
                                            Tel: (704) 344-6222
                                            Email: Janice.Powers@usdoj.gov